UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONA LISA SCHULZ,<br>　　　　Plaintiff,<br>　　v.<br>CISCO WEBEX, LLC, et al.,<br>　　　　Defendants. | Case No.　13-cv-04987-BLF<br>**CASE MANAGEMENT ORDER** |

On 05/07/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Initial Case Management Conference | 08/14/2014 at 1:30 PM |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Hearing on Motions in Limine | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5   IT IS FURTHER ORDERED THAT the parties are to file a proposed trial schedule.

7 Dated: May 09, 2014

_____
BETH LABSON FREEMAN
United States District Judge