EVAN E. RICHARDS (admitted *pro hac vice*)
MARSHALL B. BELLOVIN (admitted *pro hac vice*)
BALLON STOLL BADER & NADLER, P.C.
729 Seventh Avenue, 17th Floor
New York, New York 10019
Telephone: (212) 575-7900
Facsimile:  (212) 764-5060
Email:       erichards@ballonstoll.com
             mbellovin@ballonstoll.com

Attorneys for Plaintiff
ML, INC.

**GRANTED**
*Beth Labson Freeman*
Judge Beth Labson Freeman

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE COURTHOUSE

| | |
|---|---|
| ML, INC., <br><br>  Plaintiff, <br><br>  v. <br><br> CISCO WEBEX LLC. <br><br>  Defendant. | Case No. 5:13-CV-04987-BLF-PSG <br><br> **LETTER REQUESTING ADJOURNMENT OF DEADLINE TO FILE STIPULATION OF DISMISSAL OR A JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER** |

Dear Judge Freeman,

   Plaintiff ML, INC. ("ML") and Cisco WebEx LLC ("WebEx"), have entered into a mutually agreeable resolution of all claims being advanced in the referenced action. While Defendant signed the settlement agreement on Monday, August 4, 2014, **Dr. Mona Lisa Schulz, the CEO of ML, Inc., was hit by a car yesterday morning in Chicago, IL**, and thus, is unable to sign the settlement agreement before tomorrow. We respectfully request a 3-week adjournment for the dates set in Your Honor's Order, which states:

> "ORDER re 64 Notice of Settlement; GRANTING Stipulation Vacating Pending Dates. The Case Management Conference in this case remains scheduled for August 14, 2014 at 1:30 p.m. in Courtroom 3, 5th Floor, San Jose Courthouse. On or before August 7, 2014, the parties shall file a stipulation of dismissal or a joint case management conference statement. Signed by Hon. Beth Labson Freeman on 7/16/2014. (blflc2, COURT STAFF) (Filed on 7/16/2014) (Entered: 07/16/2014)" (Dkt. 65).

Within that timeframe, Dr. Schulz will be able to sign the settlement agreement on behalf of ML, Inc., and once she signs, we will file the joint stipulation of dismissal.

This request is submitted with consent of Defendant.

This request, if granted, would provide the following deadlines:

> On or before August 28, 2014, the parties shall file a stipulation of dismissal or a joint case management conference statement; and

> The Case Management Conference in this case is adjourned to for September 4, 2014 at 1:30 p.m. in Courtroom 3, 5th Floor, San Jose Courthouse.

**We respectfully request that Your Honor So Order this request.**

**SO ORDERED:** _____

Dated: August 6, 2014                     BALLON STOLL BADER & NADLER, P.C.

By /s/ Evan E. Richards
Evan E. Richards
Marshall B. Bellovin
Attorneys for Plaintiff
ML, INC.

**LOCAL RULE 5-1 ATTESTATION**

I, Evan E. Richards, am the ECF User whose ID and password was used to file this LETTER. In compliance with Local Rule 5-1(i)(3), I hereby attest that Scotia J. Hicks, counsel for Defendant, concurred in this filing.

Dated: August 6, 2014                     By:  /s/ Evan E. Richards
Evan E. Richards